UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MEGAN TRELEAVEN, )<br>    Plaintiff, )<br> ) Civil Action No.: 3:16-cv-01698-JAM<br>V. )<br> )<br>FINANCIAL CREDIT SERVICE, INC. )<br>D/B/A ASSET RECOVERY ASSOCIATES )<br>D/B/A ARA )<br>D/B/A ARA, INC., )<br>    Defendant. )<br> )<br>_____ ) | |

## NOTICE OF VOLUTARILY DIMISSAL

Pursuant to FRCP 41(a)(1)(A), Plaintiff hereby dismisses this action.

Dated in Bloomfield, Connecticut on February 24, 2017

                                            Respectfully Submitted,

                                            By <u>Walter Onacewicz</u>
                                            Walter Onacewicz, Esq.
                                            Attorney for Plaintiff
                                            CT11198
                                            Nair & Levin, P.C.
                                            707 Bloomfield Avenue
                                            Bloomfield, CT 06002
                                            Telephone Number (860) 242-7585
                                            Fax Number (860) 242-2980
                                            wonacewicz@nairlevin.com

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules the undersigned certifies that on the 24th day of February, 2017, the following documents were served on all appearing and non-appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

Financial Credit Service, Inc.
c/o Agent for Service Incorp. Service, Inc.
6 Landmark Square, 4th Floor
Stamford, CT 06901-2701


*Walter Onacewicz*
Walter Onacewicz